UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JING SHAN ZHOU,      No. C 06-5236 MHP (pr)

    Petitioner,      **ORDER OF DISMISSAL**

    v.

ALBERTO GONZALES,
United States Attorney General,

    Respondent.
    _____/

    Petitioner filed a petition for writ of mandamus while he was in custody at the Regional Correction Center in Albuquerque, New Mexico. A reassignment order was mailed to petitioner using the prisoner number and address he provided. That order, mailed on December 13, 2006, was returned to the court undelivered on December 26, 2006, and with no forwarding address. Petitioner has not provided another address for the court to send mail to him.

    Petitioner has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within sixty days of the return of the undelivered mail. More than sixty days have passed

1  since the envelope containing the reassignment order was returned to the court undelivered.

2      This action is dismissed without prejudice for petitioner's failure to keep the court

3  informed of his address and comply with Local Rule 3-11(a).

4      IT IS SO ORDERED.

5  DATED:   March 22, 2007

                                              Marilyn Hall Patel
                                              United States District Judge

**United States District Court**
For the Northern District of California